# REFUSE TO PAY LETTER

February 21, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7005-3110-0000-4788-3940**

Associated Recovery Systems
P. O. Box 469046
Escondido, CA 92046-9046

Re:  Creditor:  Citibank
     Account No.: 4428-1350-0496-4623

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Raymond Charles Meyer
2680 Bayshore Parkway, Suite 211
Mountain View, CA 94043-1019

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Associated Recovery Systems
Street, Apt. No.; or PO Box No. P.O. Box 469046
City, State, ZIP+4 Escondido, CA 92046-9046

PS Form 3800, June 2002       See Reverse for Instructions

7005 3110 0000 4788 3940

EXHIBIT 4

Department # 5996
P.O. Box 1259
Oaks, PA 19456

**ASSOCIATED RECOVERY SYSTEMS**
A DIVISION OF ARS NATIONAL SERVICES, INC.
P.O. BOX 469046
ESCONDIDO, CA 92046-9046
(888) 319-0986  FAX: (866) 422-0765
www.PayARS.com

February 8, 2007

7259 - 10245

RAYMOND C MEYER
2680 BAYSHORE PKWY STE 211
MOUNTAIN VIEW CA  94043-1019

**ACCOUNT IDENTIFICATION**
Re: Citibank
Account: 4428135004964623
ARS Acct No: 11480931
Balance: $8415.93

Dear Sir/Madam:

Because of your failure to respond to our requests for payment, as of 02-13-2007 we will continue to assume this debt is valid and that you do not wish to settle this debt for less than the original balance. Therefore, unless you respond to this notice by 02-13-2007:

- Your status in this office will be downgraded to "Refusal to Pay".
- All previous settlement offers will be voided.
- We may recommend further collection efforts on your account.

If you wish to avoid further collection activity, send us your payment by 02-13-2007 or contact your account representative at (888) 319-0986 to discuss your options. The call is free.

Office hours are Monday through Friday, 6:30 a.m. - 8:00 p.m (Pacific Time), or visit us anytime at www.PayARS.com.

Sincerely,

William Lim
Account Representative

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
(SEE REVERSE SIDE FOR IMPORTANT INFORMATION)

--------Detach And Return With Payment--------

RTR - 11480931
Account:   4428135004964623

Amount Enclosed: $_____

Enclosing this coupon with your payment will expedite credit to your account.

**NOTICE OF ELECTRONIC CHECK PROCESSING:**
We reserve the right to process checks electronically by transmitting the routing, account, and check number to the bank. By submitting a check, you authorize us to initiate an electronic debit from your account. A returned check may be collected electronically if it is returned for insufficient funds.

Print address/phone changes below
or call (888) 319-0986.

_____
_____
HOME:(___)_____
WORK:(___)_____

Make your check or money order payable to:

CITIBANK
PO BOX 469100
ESCONDIDO, CA 92046-9100



RTR

7259 - 10245