

**UNITED STATES POSTAL SERVICE.**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7005 3110 0000 4788 3940**
Detailed Results:
- Delivered, February 26, 2007, 8:00 am, ESCONDIDO, CA 92046
- Acceptance, February 23, 2007, 11:40 am, SAN JOSE, CA 95113

**Track & Confirm**

Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )    ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>**XRS National Services, Inc.**  □ Agent  □ Addressee<br>**P. O. Box 463023**<br>B. Received by (Printed Name)  C. Date of Delivery<br>**Escondido, CA 92046**  2-26-07 |
| 1. Article Addressed to:<br><br>Associated Recovery Systems<br>P.O. Box 469046<br>Escondido, CA 92046-9046 | D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No<br><br>3. Service Type<br>☒ Certified Mail   □ Express Mail<br>□ Registered      □ Return Receipt for Merchandise<br>□ Insured Mail    □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number<br>(Transfer from service label)     7005 3110 0000 4788 3940 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

**EXHIBIT 5**