STEPHEN H. TURNER, SB# 89627
   E-Mail: turner@lbbslaw.com
ALISHA M. LEE, SB# 219808
   E-Mail: alee@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,
SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>    Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>    Defendants. | CASE NO. C07-06422 JF<br><br>The Hon. Jeremy Fogel<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**<br><br>Action Filed: December 20, 2007<br>Trial Date: None |

Pursuant to Civil Rule 3-16, the undersigned, counsel of record for Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON, certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: February 28, 2008    LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____
Stephen H. Turner
Alisha M. Lee
Attorneys for Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON

## CERTIFICATE OF SERVICE

I certify that on the 28th day of February, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Fred W. Schwinn, Esq.
CONSUMER LAW CENTER, INC.
Attorneys for Plaintiff

By:  /s/ Stephen H. Turner

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800