1  STEPHEN H. TURNER, SB# 89627
       E-Mail: turner@lbbslaw.com
2  ALISHA M. LEE, SB# 219808
       E-Mail: alee@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON

7

8                UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10

| RAYMOND CHARLES MEYER, | CASE NO. C07-06422 JF |
|---|---|
| Plaintiff, | The Hon. Jeremy Fogel |
| v. | **DEFENDANT ARS NATIONAL SERVICES, INC.'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |
| ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity, | |
| Defendants. | Action Filed: December 20, 2007<br>Trial Date:   None |

   Defendant ARS NATIONAL SERVICES, INC. ("Defendant"), for itself and for no other defendant, answers the complaint as follows:

   (1)   Answering paragraph No. 1, Defendant denies that it has violated any statute whatsoever. As to the remaining allegations, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

   (2)   Answering paragraph No. 2, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

   (3)   Answering paragraph No. 3, Defendant denies that it has violated any

statute whatsoever. As to the remaining allegations, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(4) Answering paragraph No. 4, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(5) Answering paragraph No. 5, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(6) Answering paragraph No. 6, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(7) Answering paragraph No. 7, Defendant admits the allegations contained therein.

(8) Answering paragraph No. 8, Defendant admits that Jason A. Howerton is a natural person, was an employee of ARS National Services, Inc. at all relevant times, and may be served at his business address as stated. Defendant denies that Mr. Howerton is a "debt collector" within the meaning of 15 U.S.C. §1692a(6) and Cal. Civil Code § 1788.2(c). As to the remaining allegations, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(9) Answering paragraph No. 9, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(10) Answering paragraph No. 10, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(11) Answering paragraph No. 11, Defendant lacks sufficient information

1  and belief on which to either admit or deny the allegations and on that basis, denies
2  each and every allegation.

3  (12) Answering paragraph No. 12, Defendant lacks sufficient information
4  and belief on which to either admit or deny the allegations and on that basis, denies
5  each and every allegation.

6  (13) Answering paragraph No. 13, Defendant lacks sufficient information
7  and belief on which to either admit or deny the allegations and on that basis, denies
8  each and every allegation.

9  (14) Answering paragraph No. 14, the letter speaks for itself.

10  (15) Answering paragraph No. 15, Defendant lacks sufficient information
11  and belief on which to either admit or deny the allegations and on that basis, denies
12  each and every allegation.

13  (16) Answering paragraph No. 16, Defendant lacks sufficient information
14  and belief on which to either admit or deny the allegations and on that basis, denies
15  each and every allegation.

16  (17) Answering paragraph No. 17, Defendant lacks sufficient information
17  and belief on which to either admit or deny the allegations and on that basis, denies
18  each and every allegation.

19  (18) Answering paragraph No. 18, Defendant lacks sufficient information
20  and belief on which to either admit or deny the allegations and on that basis, denies
21  each and every allegation.

22  (19) Answering paragraph No. 19, Defendant lacks sufficient information
23  and belief on which to either admit or deny the allegations and on that basis, denies
24  each and every allegation.

25  (20) Answering paragraph No. 20, Defendant lacks sufficient information
26  and belief on which to either admit or deny the allegations and on that basis, denies
27  each and every allegation.

28  (21) Answering paragraph No. 21, Defendant lacks sufficient information

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1  and belief on which to either admit or deny the allegations and on that basis, denies
2  each and every allegation.
3     (22)   Answering paragraph No. 22, the letter speaks for itself.
4     (23)   Answering paragraph No. 23, Defendant lacks sufficient information
5  and belief on which to either admit or deny the allegations and on that basis, denies
6  each and every allegation.
7     (24)   Answering paragraph No. 24, Defendant lacks sufficient information
8  and belief on which to either admit or deny the allegations and on that basis, denies
9  each and every allegation.
10    (25)   Answering paragraph No. 25, Defendant lacks sufficient information
11 and belief on which to either admit or deny the allegations and on that basis, denies
12 each and every allegation.
13    (26)   Answering paragraph No. 26, Defendant lacks sufficient information
14 and belief on which to either admit or deny the allegations and on that basis, denies
15 each and every allegation.
16    (27)   Answering paragraph No. 27, Defendant lacks sufficient information
17 and belief on which to either admit or deny the allegations and on that basis, denies
18 each and every allegation.
19    (28)   Answering paragraph No. 28 and each subpart therein, Defendant lacks
20 sufficient information and belief on which to either admit or deny the allegations and
21 on that basis, denies each and every allegation.
22    (29)   Answering paragraph No. 29, Defendant lacks sufficient information
23 and belief on which to either admit or deny the allegations and on that basis, denies
24 each and every allegation.
25    (30)   Answering paragraph No. 30, Defendant lacks sufficient information
26 and belief on which to either admit or deny the allegations and on that basis, denies
27 each and every allegation.
28    (31)   Answering paragraph No. 31, Defendant lacks sufficient information

and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(32) Answering paragraph No. 32, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(33) Answering paragraph No. 33, the letter speaks for itself.

(34) Answering paragraph No. 34, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(35) Answering paragraph No. 35, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(36) Answering paragraph No. 36, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(37) Answering paragraph No. 37, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(38) Answering paragraph No. 38, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(39) Answering paragraph No. 39, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(40) Answering paragraph No. 40, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(41) Answering paragraph No. 41, Defendant lacks sufficient information

and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(42) Answering paragraph No. 42, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(43) Answering paragraph No. 43, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(44) Answering paragraph No. 44, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(45) Answering paragraph No. 45, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(46) Answering paragraph No. 46, the letter speaks for itself.

(47) Answering paragraph No. 47, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(48) Answering paragraph No. 48, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(49) Answering paragraph No. 49, the letter speaks for itself.

(50) Answering paragraph No. 50, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(51) Answering paragraph No. 51, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(52) Answering paragraph No. 52, the letter speaks for itself.

(53) Answering paragraph No. 53, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(54) Answering paragraph No. 54, Defendant denies each and every allegation contained therein.

(55) Answering paragraph No. 55, Defendant denies each and every allegation contained therein and further denies that it has violated any statute whatsoever.

(56) Answering paragraph No. 56, Defendant denies each and every allegation contained therein and further denies that it has violated any statute whatsoever.

(57) Answering paragraph No. 57, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(58) Answering paragraph No. 58, Defendant repeats paragraphs 1 through 56 of this answer as if set forth at length herein.

(59) Answering paragraph No. 59, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(60) Answering paragraph No. 60, Defendant admits the allegations contained therein.

(61) Answering paragraph No. 61, Defendant denies each and every allegation contained therein.

(62) Answering paragraph No. 62, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(63) Answering paragraph No. 63 and each subpart therein, Defendant denies

each and every allegation contained therein and further denies that it has violated any statute whatsoever.

(64) Answering paragraph No. 64 and each subpart therein, Defendant denies each and every allegation contained therein and further denies that it has violated any statute whatsoever.

(65) Answering paragraph No. 65, Defendant denies each and every allegation contained therein.

(66) Answering paragraph No. 66, Defendant denies that it has violated any statute whatsoever and further denies that plaintiff is entitled to any damages whatsoever.

(67) Answering paragraph No. 67, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(68) Answering paragraph No. 68, Defendant incorporates paragraphs 1 through 66 as if set forth at length herein.

(69) Answering paragraph No. 69, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(70) Answering paragraph No. 70, Defendant admits the allegations contained therein.

(71) Answering paragraph No. 71, Defendant denies each and every allegation contained therein.

(72) Answering paragraph No. 72, Defendant lacks sufficient information and belief on which to either admit or deny the allegations and on that basis, denies each and every allegation.

(73) Answering paragraph No. 73 and each subpart therein, Defendant denies each and every allegation contained therein and further denies that it has violated any statute whatsoever.

(74) Answering paragraph No. 74 and each subpart therein, Defendant denies each and every allegation contained therein and further denies that it has violated any statute whatsoever.

(75) Answering paragraph No. 75, Defendant denies each and every allegation contained therein.

(76) Answering paragraph No. 76, Defendant denies that it has violated any statute whatsoever and denies that Plaintiff is entitled to any damages whatsoever.

(77) Answering paragraph No. 77, Defendant denies that it has violated any statute whatsoever and denies that Plaintiff is entitled to any damages whatsoever.

(78) Answering paragraph No. 78, Defendant denies that it has violated any statute whatsoever and denies that Plaintiff is entitled to any damages whatsoever.

(79) Answering paragraph No. 79, Defendant notes that Plaintiff purports to accurately describe the law. To the extent that plaintiff's representation of the law is inaccurate, Defendant denies each and every allegation contained therein.

### FIRST AFFIRMATIVE DEFENSE

1. As a separate, affirmative defense, Defendant alleges that the Complaint, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

2. As a separate, affirmative defense, Defendant alleges that the alleged actions of Defendant were proper and did not violate any provisions of 15 U.S.C. §1692 et. seq.

### THIRD AFFIRMATIVE DEFENSE

3. As a separate, affirmative defense, Defendant alleges that at all times mentioned in the Complaint, Defendant acted lawfully and within its legal rights, with a good faith belief in the exercise of that right, and in the furtherance of a legitimate business purpose. Further, Defendant acted in good faith in the honest

belief that the acts, conduct and communications, if any, of the Defendant were justified under the circumstances based on information reasonably available to this answering Defendant.

### FOURTH AFFIRMATIVE DEFENSE

4. As a separate, affirmative defense, Defendant alleges that the alleged actions of the Defendant were not accompanied by actual malice, intent or ill will.

### FIFTH AFFIRMATIVE DEFENSE

5. As a separate, affirmative defense, Defendant alleges that Defendant's conduct, communications and actions, if any, were privileged.

### SIXTH AFFIRMATIVE DEFENSE

6. As a separate, affirmative defense, assuming arguendo that this answering Defendant violated a statute alleged in the complaint, which presupposition the answering Defendant denies, such violation was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### SEVENTH AFFIRMATIVE DEFENSE

7. As a separate, affirmative defense, Defendant alleges that Plaintiff is barred from any recovery against this answering Defendant by the doctrine of laches.

### EIGHTH AFFIRMATIVE DEFENSE

8. As a separate, affirmative defense, Defendant alleges that its conduct, communications and actions, if any, were privileged pursuant to Civil Code §1785.32.

### NINTH AFFIRMATIVE DEFENSE

9. As a separate, affirmative defense, Defendant alleges that it, at all times alleged in the complaint, maintained reasonable procedures created to prevent any type of intentional violations of the Fair Debt Collection Practices Act.

### TENTH AFFIRMATIVE DEFENSE

10. As a separate, affirmative defense, Defendant alleges that if Plaintiff

was damaged in any sum or sums alleged, which Defendant denies, then Plaintiff's damages are limited by 15 U.S.C. §1692(k)(a)(1), §1692(k)(a)(2)(A), §1692(k)(a)(3) and 15 U.S.C. § 1692(k)(b)(1).

### ELEVENTH AFFIRMATIVE DEFENSE

11.  As a separate, affirmative defense, Defendant alleges that Defendant's conduct, communications and actions, if any, were privileged pursuant to 15 U.S.C. §1692(k)(c).

### TWELFTH AFFIRMATIVE DEFENSE

12.  As a separate, affirmative defense, Defendant alleges that the alleged actions of Defendant were proper and did not violate any provisions of Cal. Civ. Code § 1788, *et seq.*

### THIRTEENTH AFFIRMATIVE DEFENSE

13.  As a separate, affirmative defense, Defendant alleges that the alleged actions of the Defendant were privileged pursuant to Federal and State Common Law.

### FOURTEENTH AFFIRMATIVE DEFENSE

14.  As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, Plaintiff failed to mitigate his damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

15.  As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, Defendant's alleged acts or omissions were not a proximate cause of said damages.

WHEREFORE, this answering Defendant prays,

1.  For a judgment in favor of Defendant, and against Plaintiff, and that Plaintiff take nothing by reason of said Complaint;

2.  That this answering Defendant be awarded cost of suit herein and such other further relief as the Court deems just.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Defendant demands trial by jury.

DATED: February 28, 2008      LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Alisha
Stephen H. Turner
Alisha M. Lee
Attorneys for Defendants ARS National
Services, Inc. and JASON A. HOWERTON

## CERTIFICATE OF SERVICE

I certify that on the 28th day of February, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Fred W. Schwinn, Esq.
CONSUMER LAW CENTER, INC.
Attorneys for Plaintiff


By:  /s/ Stephen H. Turner

---

4819-1552-4354.1

DEFENDANT'S ANSWER TO COMPLAINT