UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND CHARLES MEYER

        Plaintiff(s),

   v.

ARS NATIONAL SERVICES, INC., ET AL.

        Defendant(s).

No. C 07-06422 JF

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2-29-08

Signature _____

Counsel for Defendants ARS National
(Plaintiff, Defendant, or indicate "pro se")

## CERTIFICATE OF SERVICE

    I certify that on the 29th day of February, 2008, I electronically transmitted the foregoing document to the Clerk's office using the COMPLAINT/ECF System for filing and transmittal of a Notice of Electronic Filing to the following COMPLAINT/ECF registrants:

Fred W. Schwinn, Esq.
CONSUMER LAW CENTER, INC.
Attorneys for Plaintiff


By:     /s/  Stephen H. Turner