STEPHEN H. TURNER, SB# 89627
　E-Mail: turner@lbbslaw.com
ALISHA M. LEE, SB# 219808
　E-Mail: alee@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,
SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>　　　Defendants. | CASE NO. C07-06422 JF<br><br>The Hon. Jeremy D. Fogel<br><br>**DEFENDANTS ARS NATIONAL SERVICES, INC. AND JASON A. HOWERTON'S REQUEST TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE AND REQUEST THAT LEAD TRIAL COUNSEL BE EXCUSED FROM ATTENDING THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>DATE:　April 18, 2008<br>DEPT.:　Courtroom 3<br>TIME:　10:30 a.m.<br><br>Action Filed: December 20, 2007<br>Trial Date:　 None |

Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON (collectively, "Defendants"), by and through their counsel, respectfully make this Request that Defendants Appear by Telephone at the Initial Case Management Conference scheduled April 18, 2008. Defendants further request that lead trial counsel be excused from attending the Initial Case Management Conference. This request is being made in accordance and compliance with Civil Local Rule 16-10(a).

## I. STATEMENT OF REASONS FOR DEFENDANTS' LEAD TRIAL COUNSEL TO BE EXCUSED FROM ATTENDING THE INITIAL CASE MANAGEMENT CONFERENCE.

Defendants' lead trial counsel, Stephen H. Turner, has a scheduling conflict. On April 18, 2008, when the Initial Case Management Conference in the instant case is scheduled, Mr. Turner will be first-chairing a trial in another matter in Los Angeles, styled *Emanuel Valdez v. Capital One Bank, et al.*, Los Angeles County Superior Court Case No. 363338. Because Mr. Turner is the only attorney representing his clients at that trial, it would be a hardship for Mr. Turner to attend in person the Initial Case Management Conference in the instant case.

WHEREFORE Defendants request that Alisha Lee, who works with Mr. Turner on this matter, be allowed to appear on their behalf.

## II. STATEMENT OF REASONS FOR DEFENDANTS TO APPEAR BY TELEPHONE.

Defendants' counsel work in Los Angeles, and the cost of traveling to the Initial Case Management Conference would not be insignificant.

WHEREFORE Defendants request that Ms. Lee be allowed to appear on their behalf at the Initial Case Management Conference by telephone. Ms. Lee will be available throughout the entire Initial Case Management Conference by telephone on April 18, 2008. Ms. Lee's direct cellular telephone number, where she can be

1  reached the entire day of April 18, 2008, is **(310) 968-5960**.

3  DATED: March 19, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
       Stephen H. Turner
       Alisha M. Lee
Attorneys for Defendants ARS NATIONAL
SERVICES, INC. and JASON A. HOWERTON

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

# CERTIFICATE OF SERVICE

I certify that on the 19th day of March, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Fred W. Schwinn, Esq.
CONSUMER LAW CENTER, INC.
Attorneys for Plaintiff

By:  /s/  Stephen H. Turner

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800