Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RAYMOND CHARLES MEYER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>　　　　　　　Defendants. | Case No. C07-06422-JF-PVT<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

COMES NOW the Plaintiff, RAYMOND CHARLES MEYER, by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court and Defendants that Defendants' Offer of Judgment pursuant to Fed. R. Civ. P. 68 is hereby accepted. A copy of Defendants' Offer of Judgment is attached hereto for the Court's reference and is identified as Exhibit "1."

Dated: April 2, 2008　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff