STEPHEN H. TURNER, SB# 89627
E-Mail: turner@lbbslaw.com
ALISHA M. LEE, SB# 219808
E-Mail: alee@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,
SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>Defendants. | CASE NO. C07-06422 JF<br><br>The Hon. Jeremy Fogel<br><br>**ARS NATIONAL SERVICES, INC.'S RULE 68 OFFER OF JUDGMENT**<br><br>Action Filed: December 20, 2007<br>Trial Date:     None |

EXHIBIT 1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant ARS National Services, Inc. hereby offers to allow entry of judgment against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

(1) ARS National Services, Inc. shall pay the lump sum of $2,000.00 (Two Thousand Dollars);

(2) ARS National Services, Inc. shall pay Plaintiff reasonable fees and taxable costs to be negotiated by the parties, and if an amount cannot be agreed upon, then the amount shall be determined by the court by noticed motion; and

(3) Jason A. Howerton will be dismissed with prejudice from this action. If plaintiff so desires, plaintiff and Mr. Howerton will enter into a mutual release.

Upon acceptance of this Offer of Judgment, there shall be no prevailing party in this action. This Offer of Judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure. Evidence of it is not admissible except in a proceeding pursuant to Rule 68. This offer is not to be construed as an admission that Defendants are liable in this action or that Plaintiff has suffered any damage.

DATED: March 20, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Alisha
Stephen H. Turner
Alisha M. Lee
Attorneys for Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON

# CALIFORNIA STATE COURT PROOF OF SERVICE

*Raymond Charles Meyer vs. ARS National Services, Inc.*
*U.S.D.C. Case No. C07-06422 JF*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On March 20, 2008, I served the following document(s): **ARS NATIONAL SERVICES, INC.'S RULE 68 OFFER OF JUDGMENT**.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418
*Attorneys for Plaintiff*
RAYMOND CHARLES MEYER

The documents were served by the following means:

[X]  (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ]  Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]  Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 20, 2008, at Los Angeles, California.

_____
Lupe Mireles

4851-2384-4866.1

RULE 68 OFFER OF JUDGMENT