STEPHEN H. TURNER, SB# 89627
    E-Mail: turner@lbbslaw.com
ALISHA M. LEE, SB# 219808
    E-Mail: alee@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,
SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>    Plaintiff,<br><br>  v.<br><br>ARS NATIONAL SERVICES, INC.,<br>D/B/A ASSOCIATED RECOVERY<br>SYSTEMS, a California corporation, and<br>JASON A. HOWERTON, individually<br>and in his official capacity,<br><br>    Defendants. | CASE NO. C07-06422 JF<br><br>The Hon. Jeremy Fogel<br><br>**DEFENDANTS' REPORT TO THE COURT REGARDING OFFER OF JUDGMENT AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: December 20, 2007<br>Trial Date:    None |

1  On March 20, 2008, Defendant ARS National Services, Inc. ("Defendant") served a Rule 68 Offer of Judgment on plaintiff Raymond Meyer ("plaintiff") by regular mail.

The deadline for plaintiff to respond to Defendant's Offer of Judgment was April 1, 2008.

Plaintiff did not accept Defendant's Offer of Judgment until one day later on April 2, 2008.

Nevertheless, Defendant will treat plaintiff's acceptance as valid.

Under the circumstances, it seems like it is not necessary for the parties to file a Rule 26f Report, and there is no need for an Initial Case Management Conference (which is currently scheduled for April 18, 2008) because the only issue is attorney fees which, if the parties cannot decide for themselves, will be decided by way of a noticed motion.

DATED: April 9, 2008                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Stephen H. Turner
Alisha M. Lee
Attorneys for Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON

4853-1639-3986.1                         -2-
DEFENDANTS' REPORT TO THE COURT REGARDING OFFER OF JUDGMENT AND INITIAL CASE MANAGEMENT CONFERENCE

## CERTIFICATE OF SERVICE

I certify that on the 9th day of April, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Fred W. Schwinn, Esq.
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
*Attorneys for Plaintiff*
*RAYMOND CHARLES MEYER*

By:  /s/ Alisha Lee

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800