1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RAYMOND CHARLES MEYER

6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10 RAYMOND CHARLES MEYER,                     Case No. C07-06422-JF-PVT

11                Plaintiff,

12 v.                                          **APPLICATION FOR**
                                               **ENTRY OF JUDGMENT**
13 ARS NATIONAL SERVICES, INC., D/B/A
   ASSOCIATED RECOVERY SYSTEMS, a
14 California corporation, and JASON A.
   HOWERTON, individually and in his official
15 capacity,

16                Defendants.

17

18        COMES NOW the Plaintiff in the above-entitled matter, by and through his attorney,

19 Fred W. Schwinn of the Consumer Law Center, Inc., and hereby applies to the Court for a Entry of

20 Judgment.  In support of this Application, Plaintiff shows the Court as follows:

21        1.     Defendant, ARS National Services, Inc., has offered to allow a judgment in

22 favor of Plaintiff to be entered against it in the amount of $2,000.00.  In addition, Defendant, ARS

23 National Services, Inc., has offered to allow a judgment for Plaintiff's reasonable attorney fees and

24 taxable costs incurred in this litigation to be entered against it in an amount to be determined by the

25 Court.  Defendant, Jason A. Howerton, is to be dismissed with prejudice.

26        2.     Plaintiff has accepted the Defendant's Offer of Judgment.  (Doc. 11)

27        3.     Plaintiff proposes that he be allowed a period of time not to exceed 15 days

28 from the entry of judgment to file and serve an Application for Attorney Fees and Costs.  Thereafter,

APPLICATION FOR ENTRY OF JUDGMENT                                    Case No. C07-06422-JF-PVT

1  Defendant be allowed 15 days to respond to the Plaintiff's Application.  Thereafter, Plaintiff then
2  be allowed 10 days to reply.  Thereafter, the Court could set the matter for a hearing, should the
3  Court so desire.
4         4.      Application is hereby made for an Entry of Judgment consistent with the
5  terms of the Defendants' Offer of Judgment Pursuant to Fed. R. Civ. P. 68.  A proposed Entry of
6  Judgment is attached for the Court's consideration.
7      WHEREFORE, Plaintiff prays that the Court enter an Entry of Judgment in this matter.

9  Dated: May 12, 2008                          CONSUMER LAW CENTER, INC.

11                                        By: /s/ Fred W. Schwinn
                                              Fred W. Schwinn, Esq.
                                              Attorney for Plaintiff
12                                               RAYMOND CHARLES MEYER