1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RAYMOND CHARLES MEYER

6

7

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RAYMOND CHARLES MEYER, | Case No.  C07-06422-JF-PVT |
| Plaintiff, | |
| v. | **ENTRY OF JUDGMENT** |
| ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity, | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff's Application for Entry of Judgment.

WHEREUPON it appearing that Defendant, ARS National Services, Inc., has offered to allow a judgment in favor of Plaintiff to be entered against it in the amount of $2,000.00.  In addition, Defendant, ARS National Services, Inc., has offered to allow a judgment for Plaintiff's reasonable attorney fees and taxable costs incurred in this litigation to be entered against it in an amount to be determined by the Court.

WHEREUPON it appearing that Plaintiff has accepted Defendant's Offer of Judgment.

WHEREUPON, the Court, having considered Defendant's Offer of Judgment Pursuant to Fed. R. Civ. P. 68, Plaintiff's acceptance of that Offer of Judgment, the Court file, and being otherwise duly advised in the premises, finds that Judgment should be, and hereby is, GRANTED in favor of Plaintiff in this matter.

1   IT IS THEREFORE BY THE COURT ORDERED, ADJUDGED AND DECREED that Plaintiff have and recover judgment against Defendant, ARS National Services, Inc., in the sum of $2,000.00, together with interest thereon at the judgment rate until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that Plaintiff have and recover judgment against Defendant, ARS National Services, Inc., in an amount to be determined by the Court at a later date, for the reasonable attorney fees and taxable costs incurred in representing Plaintiff in this matter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that Defendant, Jason A. Howerton, is dismissed from this case with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that Plaintiff shall submit a Motion for Attorney Fees and Costs and any desired briefing to the Court within 15 days after the entry of this Judgment.

Thereafter, Defendant may submit its Response, if any, to Plaintiff's Motion for Attorney Fees and Costs within 15 days after filing of Plaintiff's submission.

Thereafter, Plaintiff may submit his Reply, if any, to Defendant's Response within 10 days after the filing of Defendant's Response.

Thereafter, the Court will then determine, based on the briefs and related materials submitted by the parties, if a Hearing on the Motion will be necessary.

IT IS SO ORDERED.

Dated this _____ day of May, 2008.

_____
The Honorable Jeremy Fogel
Judge of the District Court

Prepared and Approved by:

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn, (SBN 225575)
12 South First Street, Suite 1014
San Jose, CA  95113-2418
(408) 294-6100
fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff