1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RAYMOND CHARLES MEYER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>    Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>    Defendants. | Case No.  C07-06422-JF-PVT<br><br>**MOTION FOR ATTORNEY FEES AND COSTS**<br><br>Judge:         Honorable Jeremy Fogel<br>Courtroom:  3, 5th Floor<br>Place:          280 South First Street<br>                    San Jose, California |

COMES NOW the Plaintiff, RAYMOND CHARLES MEYER, by and through counsel Fred W. Schwinn of the Consumer Law Center, Inc., and hereby moves this Honorable Court for an award of reasonable attorney fees and costs pursuant to the Entry of Judgment (Doc. 15) by the Court in this case. In support of his Motion, Plaintiff states the following:

1.  Plaintiff herein was represented by Fred W. Schwinn of the Consumer Law Center, Inc.

2.  On or about May 13, 2008, this Court entered a Judgment in favor of Plaintiff in this case. The Judgment awarded Plaintiff the amount of $2,000 plus taxable costs and reasonable attorney fees incurred in representing Plaintiff in this matter.

3.  Plaintiff's attorney, Fred W. Schwinn and his staff at the Consumer Law Center, Inc., have expended 14.0 hours on behalf of Plaintiff in this matter. An itemized accounting

1  of the time spent is attached to the Declaration of Fred W. Schwinn in Support of Motion for Award
2  of Attorney Fees which is being filed herewith.
3      4.    The prevailing market rate for the time and quality of services provided by
4  Fred W. Schwinn of the Consumer Law Center, Inc., is $300.00 per hour.
5      5.    For the time spent representing Plaintiff in this matter, the Consumer Law
6  Center, Inc., requests attorney fees in the amount of $4,110.00 and costs and expenses in the amount
7  of $559.60.
8      6.    Plaintiff further refers the Court to his Memorandum in Support filed
9  simultaneously herewith.
10  WHEREFORE, Plaintiff requests this Honorable Court award attorney fees to Plaintiff in
11  the amount of $4,110.00, reasonable non-taxable costs in the amount of $28.10 and taxable costs in
12  the amount of $531.50.
13
14  Dated: May 27, 2008        CONSUMER LAW CENTER, INC.
15
16      By: /s/ Fred W. Schwinn
        Fred W. Schwinn, Esq.
        Attorney for Plaintiff
17          RAYMOND CHARLES MEYER
18
19
20
21
22
23
24
25
26
27
28