# Exhibit "A"

**Consumer Law Center, Inc.**
12 South First Street, Suite 1014
San Jose, CA 95113-2418

---

*Invoice submitted to:*
Raymond Charles Meyer
2680 Bayshore Parkway, #211
Mountain View CA 94043


May 27, 2008

In Reference To: Meyer v. ARS National Services, Inc.

Invoice #10005


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 7/26/2007 | FWS | Meeting with<br>Client - Re: Explaining claims and engagement letter | 0.50<br>300.00/hr | 150.00 |
| 12/19/2007 | FWS | Drafting Documents<br>Civil Cover Sheet and Summons for 2 Defendants | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Drafting Documents<br>Transcribe answering machine messages | 0.80<br>300.00/hr | 240.00 |
|  | FWS | Drafting Documents<br>Complaint | 3.10<br>300.00/hr | 930.00 |
| 12/20/2007 | FWS | Receive & Review<br>Order Setting Initial Case Management Conference and ADR Deadlines | 0.10<br>300.00/hr | 30.00 |
| 12/26/2007 | FWS | Drafting Documents<br>Service Packets for 2 Defendants | 0.20<br>300.00/hr | 60.00 |
| 1/3/2008 | HM | Telephone call<br>To Raymond Charles Meyer - Voice Mail --- Please call for appointment with Fred. | 0.10<br>125.00/hr | NO CHARGE |
| 2/20/2008 | FWS | Telephone call<br>From Alisha M. Lee - Re: They will represent the Defendants in this case. | 0.20<br>300.00/hr | 60.00 |
|  | FWS | Receive & Review<br>Email from Alisha Lee @ Lewis Brisbois Bisgaard & Smith - Re: Confirming the Answer date | 0.10<br>300.00/hr | 30.00 |

---

Raymond Charles Meyer                                                                                              Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/20/2008 | FWS | Drafting Documents<br>Summons Returned Executed for 2 Defendants | 0.20<br>300.00/hr | 60.00 |
| 2/28/2008 | FWS | Receive & Review<br>Defendant Jason A. Howerton's Answer to Complaint and Demand for Jury Trial | 0.40<br>300.00/hr | 120.00 |
|  | FWS | Receive & Review<br>Certificate of Interested Entities by ARS National Services, Inc. | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Receive & Review<br>Defendant ARS National Services, Inc.'s Answer to Complaint and Demand for Jury Trial | 0.40<br>300.00/hr | 120.00 |
| 2/29/2008 | FWS | Receive & Review<br>Declination to Proceed Before a U.S. Magistrate Judge by ARS National Services, Inc. | 0.10<br>300.00/hr | 30.00 |
| 3/14/2008 | FWS | Receive & Review<br>email from Alisha Lee - Re: It is her position that all deadlines are off calendar due to their declination of the Magistrate Judge. | 0.10<br>300.00/hr | 30.00 |
| 3/18/2008 | FWS | Draft Letter to<br>Client - Re: ADR Handbook | 0.10<br>300.00/hr | 30.00 |
| 3/19/2008 | FWS | Receive & Review<br>Request to Appear at Case Management Conference by Telephone filed by Alisha Lee | 0.10<br>300.00/hr | 30.00 |
| 3/24/2008 | FWS | Telephone call<br>Client - Re: Discussed Defendants' 68 Offer of Judgment.  We will make a global settlement offer of $4,500. | 0.30<br>300.00/hr | 90.00 |
|  | FWS | Draft Email to<br>Stephen Turner and Alisha Lee - Re: Settlement offer of $4,500 in complete settlement of this case | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Receive & Review<br>ARS National Services, Inc.'s Rule 68 Offer of Judgment | 0.10<br>300.00/hr | 30.00 |
| 3/26/2008 | FWS | Receive & Review<br>Emailed letter from Alisha Lee - Defendants' Initial Disclosures | 0.20<br>300.00/hr | 60.00 |
| 3/27/2008 | FWS | Receive & Review<br>emailed letter from Alisha Lee - Re: Defendants proposed Stipulation and Order Selecting ADR Process | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Receive & Review<br>ADR Certification by Parties and Counsel from Defendants | 0.10<br>300.00/hr | 30.00 |

| Raymond Charles Meyer | | | | Page 3 |
|---|---|---|---|---|
| | | | **Hrs/Rate** | **Amount** |
| 4/2/2008 FWS | Drafting Documents<br>Notice of Acceptance of Offer of Judgment | | 0.10<br>300.00/hr | 30.00 |
| FWS | Telephone call<br>To Client - Re: Voice Mail | | 0.10<br>300.00/hr | NO CHARGE |
| FWS | Telephone call<br>From Client - Re: Case Update - Discussed Rule 68 Offer of Judgment and the risks and implications of not accepting it. After discussing the issues, we accept the Rule 68 Offer of Judgment. | | 0.50<br>300.00/hr | 150.00 |
| 4/3/2008 FWS | Draft Letter to<br>Alisha M. Lee re: Notice of Acceptance of Rule 68 Offer of Judgment. | | 0.10<br>300.00/hr | 30.00 |
| 4/7/2008 FWS | Telephone call<br>Client - Re: Defendants offer $500 in attorney's fees and costs as they claim they can successfully argue that entire case was "manufactured." Client will not accept the offer. We will file a Motion for Attorney Fees and Costs once a Judgment is entered on the Offer of Judgment. | | 0.20<br>300.00/hr | 60.00 |
| FWS | Receive & Review<br>Letter from Stephen H. Turner re: Although acceptance of Offer of Judgment not timely, Defendants will treat it as timely. Defendants also offer $500 in attorney's fees and costs as they claim they can successfully argue that entire case was "manufactured." | | 0.10<br>300.00/hr | 30.00 |
| 4/9/2008 FWS | Receive & Review<br>Defendants' Report to the Court Regarding Offer of Judgment and Initial Case Management Conference | | 0.10<br>300.00/hr | 30.00 |
| 4/10/2008 FWS | Draft Email to<br>Alisha Lee re: I am out of office until 4/21/2008 | | 0.10<br>300.00/hr | 30.00 |
| 4/11/2008 FWS | Receive & Review<br>Letter from Stephen H. Turner re: Defendant's offer of $500 in attorney fees and costs. | | 0.10<br>300.00/hr | 30.00 |
| 4/17/2008 HM | Telephone call<br>Telephone call To Judge Fogel's Chambers - Re: Spoke to Docket Clerk - CMC set for tomorrow has already been taken off calendar. | | 0.10<br>125.00/hr | NO CHARGE |
| 5/10/2008 FWS | Receive & Review<br>Letter from Stephen H. Turner re: Consolidation of the two Meyer cases against ARS. | | 0.10<br>300.00/hr | 30.00 |
| FWS | Receive & Review<br>Letter from Stephen H. Turner re: Defendant's offer of $500 in attorney fees and costs. | | 0.10<br>300.00/hr | 30.00 |

| Raymond Charles Meyer | | | Page 4 |
|---|---|---:|---:|
| | | **Hrs/Rate** | **Amount** |
| 5/12/2008 FWS | Drafting Documents<br>Application for Entry of Judgment and Proposed Entry of Judgment | 0.50<br>300.00/hr | 150.00 |
| 5/13/2008 FWS | Receive & Review<br>Defendants ARS National Services Inc.'s and Jason A. Howerton's Notice of Motion and Motion to Consolidate Cases and Memorandum of Points and Authorities in Support Thereof | 0.30<br>300.00/hr | 90.00 |
| FWS | Draft Letter to<br>Client - Re: Copy of Defendants Motion to Consolidate Cases | 0.10<br>300.00/hr | 30.00 |
| 5/14/2008 FWS | Receive & Review<br>Entry of Judgment | 0.10<br>300.00/hr | 30.00 |
| 5/22/2008 FWS | Telephone call<br>Ronald Wilcox - Re: Declaration in Support of Motion for Attorney Fees and Costs | 0.20<br>300.00/hr | 60.00 |
| FWS | Telephone call<br>Scott Maurer - Re: Declaration in Support of Motion for Attorney Fees and Costs | 0.10<br>300.00/hr | 30.00 |
| 5/23/2008 FWS | Drafting Documents<br>Expert Declaration of Ronald Wilcox in Support of Plaintiff's Motion for Attorney Fees and Costs | 0.20<br>300.00/hr | 60.00 |
| FWS | Drafting Documents<br>Expert Declaration of Scott Maurer in Support of Plaintiff's Motion for Attorney Fees and Costs | 0.20<br>300.00/hr | 60.00 |
| FWS | Draft Email to<br>Scott Maurer - Re: Declaration in Support of Motion for Attorney Fees and Costs | 0.10<br>300.00/hr | 30.00 |
| FWS | Draft Email to<br>Ronald Wilcox - Re: Declaration in Support of Motion for Attorney Fees and Costs | 0.10<br>300.00/hr | 30.00 |
| 5/27/2008 FWS | Drafting Documents<br>Motion for Attorney Fees and Costs; Declaration of Fred W. Schwinn in Support of Motion for Attorney Fees and Costs | 2.60<br>300.00/hr | 780.00 |
| FWS | Drafting Documents<br>Bill of Costs | 0.20<br>300.00/hr | 60.00 |
| **For professional services rendered** | | **14.00** | **$4,110.00** |

Raymond Charles Meyer    Page    5

Additional Charges :

|  |  |  | Qty/Price | Amount |
|---|---|---|---:|---:|
| 12/19/2007 | FWS | Photocopying Expense<br>93 Copies @ $.20/copy - Re: Copies of Complaint and Summons for filing with the Clerk of the District Court | 93<br>0.20 | 18.60 |
| 12/20/2007 | FWS | Filing Fee Expense<br>Case Filing Fee - $350.00 | 1<br>350.00 | 350.00 |
| 2/7/2008 | FWS | Process Server Fees<br>One Legal, Inc. - $90.75 - Re: ARS National Services, Inc. | 1<br>90.75 | 90.75 |
| 2/11/2008 | FWS | Process Server Fees<br>One Legal, Inc. - $90.75 - Re: Jason A. Howerton | 1<br>90.75 | 90.75 |
| 3/18/2008 | FWS | Postage Expense<br>Postage Expense - $1.31 - Re: ADR Handbook and ADR Certification sent to Client | 1<br>1.31 | 1.31 |
|  | FWS | Photocopying Expense<br>27 Copies @ $.20/copy - Re: ADR Handbook and ADR Certification sent to Client | 27<br>0.20 | 5.40 |
| 5/13/2008 | FWS | Photocopying Expense<br>11 Copies @ $.20/copy - Re: Copy of Motion to Consolidate Cases to Client | 11<br>0.20 | 2.20 |
|  | FWS | Postage Expense<br>Postage Expense - $.59 - Re: Copy of Motion to Consolidate Cases to Client | 1<br>0.59 | 0.59 |

**Total costs**    $559.60

**Total amount of this bill**    **$4,669.60**

Balance due    $4,669.60