**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>              Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>              Defendants. | Case No. C07-06422-JF-PVT<br><br>**ORDER AWARDING ATTORNEY FEES AND COSTS** |

THIS MATTER comes before the Court on the Plaintiff's <u>Motion for Attorney Fees and Costs</u>.

WHEREUPON the Court, being fully advised in the premises and upon all the files, records and proceedings herein, IT IS HEREBY ORDERED:

1. That Plaintiff's Motion for Attorney's Fees and Costs is GRANTED in the amount of $ _____.

IT IS SO ORDERED.

                                                                 _____
                                                                 HONORABLE JEREMY FOGEL