1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RAYMOND CHARLES MEYER

6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

10 | RAYMOND CHARLES MEYER, | Case No. C07-06422-JF-PVT |
   |---|---|
11 | Plaintiff, | |
12 | v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
13 | ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity, | Fed. R. Civ. P. 41(a)(1) |
14 | | |
15 | | |
16 | Defendants. | |

17

18         Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RAYMOND CHARLES MEYER, and

19 Defendants, ARS NATIONAL SERVICES, INC., and JASON A. HOWERTON, stipulate, and the

20 Court hereby orders, as follows:

21         1.    The dispute between the parties has been settled, therefore, the claims asserted

22 by Plaintiff, RAYMOND CHARLES MEYER, against Defendants, ARS NATIONAL SERVICES,

23 INC., and JASON A. HOWERTON, in the above-captioned proceeding are hereby dismissed, with

24 prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

25 / / /

26 / / /

27 / / /

28 / / /

-2-

| | |
|---|---|
| Dated: June 30, 2008 | /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>RAYMOND CHARLES MEYER |
| Dated: June 30, 2008 | /s/ Stephen H. Turner<br>Stephen H. Turner<br>Attorney for Defendants<br>ARS NATIONAL SERVICES,<br>INC., and JASON A. HOWERTON |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____

The Honorable Patricia V. Trumbull
United States Magistrate Judge

STIPULATION OF DISMISSAL WITH PREJUDICE                           Case No.  C07-06422-JF-PVT