1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   RAYMOND CHARLES MEYER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>Defendants. | Case No. C07-06422-JF-PVT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RAYMOND CHARLES MEYER, and Defendants, ARS NATIONAL SERVICES, INC., and JASON A. HOWERTON, stipulate, and the Court hereby orders, as follows:

    1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, RAYMOND CHARLES MEYER, against Defendants, ARS NATIONAL SERVICES, INC., and JASON A. HOWERTON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

-2-

| | |
|---|---|
| Dated: June 30, 2008 | /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>RAYMOND CHARLES MEYER |
| Dated: June 30, 2008 | /s/ Stephen H. Turner<br>Stephen H. Turner<br>Attorney for Defendants<br>ARS NATIONAL SERVICES, INC., and JASON A. HOWERTON |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 7/2/08

The Honorable ~~Patricia V. Trumbull~~ Jeremy Fogel
United States ~~Magistrate Judge~~ District Judge